UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUACER MARMOLEJOS-TEJEDA,<br><br>Plaintiff,<br><br>-v-<br><br>AXSOME THERAPEUTICS, INC., *et al.*,<br><br>Defendants. | 26 Civ. 1953 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

On July 7, 2026, Defendants filed a motion for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e). Dkt. 17. Under Rule 6.A of the Court's Individual Rules and Practices in Civil Cases, "a party seeking to file a motion must submit a pre-motion letter in accordance with [Rule] 1.A . . . notifying the Court of its anticipated motion, summarizing the basis for the anticipated motion, and proposing a briefing schedule." Defendants failed to submit a pre-motion letter before filing their motion.

Accordingly, the Court denies Defendants' motion without prejudice and extends their deadline to respond to the Complaint until July 15, 2026. The Court will separately enter an order referring this action to the Honorable Gary Stein for supervision of pretrial matters and to issue a report and recommendation on any dispositive motion. By July 15, 2026, Defendants shall respond to the Complaint in accordance with Judge Stein's Individual Practices in Civil Cases.

The Clerk of Court is respectfully directed to close Docket Number 17.

SO ORDERED.

Dated: July 8, 2026
New York, New York

JOHN P. CRONAN
United States District Judge