**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

SUACER MARMOLEJOS-TEJEDA,
Plaintiff,

-against-

AXSOME THERAPEUTICS, INC., *et al.*,
Defendants.

---------------------------------------------------------------X

**26 Civ. No. 1953 (JPC) (GS)**

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Status Conference on **Thursday, October 15, 2026 at 2:00 p.m.** The parties should be prepared to discuss a briefing schedule for Defendants' 12(b)(6) motion and mediation. The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [294 506 390 651 735] Passcode: [zc36nw6Q]**

**SO ORDERED.**

DATED: New York, New York
September 17, 2026

The Honorable Gary Stein
United States Magistrate Judge