**MEMO ENDORSED**

October 5, 2026
Honorable Gary Stein
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Marmolejos-Tejeda v. Axsome Therapeutics, Inc. et al., Case No. 1:26-cv-01953-JPC-GS – Consented Letter-Motion to Adjourn October 14 Status Conference**

Dear Magistrate Judge Stein:

I respectfully request, with Defendants' consent, an adjournment of the remote status conference currently scheduled for October 14, 2026, at 2:00 p.m. pursuant to ECF No. 34.

I am actively discussing potential representation with prospective counsel, who needs additional time to review the case and is unavailable on October 14. The requested adjournment would allow time to complete that review and discuss possible engagement terms before the conference addressing motion briefing and mediation. Representation has not yet been finalized.

I conferred with defense counsel, who confirmed on October 5 that Defendants consent to the adjournment. The parties are available for a remote conference on November 17, 18, or 19, 2026, in the morning or afternoon, subject to the Court's convenience.

This is my first request to adjourn this conference. The conference was originally scheduled for October 15, 2026, at 2:00 p.m. under ECF No. 33, and the Court subsequently rescheduled it to October 14 under ECF No. 34.

Thank you for the Court's consideration.

Respectfully submitted,

Suacer Marmolejos-Tejeda
Plaintiff Pro Se
710 E. 51st Street
Brooklyn, NY 11203
(347) 458-7780
suacer.tejeda@gmail.com

Application granted. The status conference scheduled for Wednesday, October 14, 2026 is hereby adjourned to Friday, November 6, 2026 at 11:00 a.m. The parties are directed to use the Microsoft Teams meeting information in Dkt. No. 33 to join the call. SO ORDERED.

Date: October 14, 2026

Gary Stein
United States Magistrate Judge
Southern District of New York